UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

WILLIAM JONES,

        Plaintiff,

    v.

VENTURA COUNTY SHERIFF'S DEPARTMENT, et al.,

        Defendants.

No. CV 03-6151 DDP (AJW)

J U D G M E N T

**IT IS HEREBY ADJUDGED** that (1) plaintiff's claims against the County of Ventura are dismissed with prejudice; (2) plaintiff's Fourteenth Amendment due process claims arising from the deprivation of his personal property are dismissed with prejudice as to the individual defendants; and (3) plaintiff's remaining claims against the individual defendants are dismissed without prejudice.

DATED: March 12, 2009

_____
DEAN D. PREGERSON
United States District Judge